# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

—————————————————

No. 1D18-1784

—————————————————

DOMINQUE JARVIS FUDGE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

—————————————————

On appeal from the Circuit Court for Duval County.
Russell Healey, Judge.

July 19, 2019

PER CURIAM.

AFFIRMED. *See Kline v. State,* 2013 WL 2399700 (Fla. 1st DCA June 7, 2019).

LEWIS, OSTERHAUS, and M.K. THOMAS, JJ., concur.

—————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

—————————————————

Andy Thomas, Public Defender, and Maria Ines Suber, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Julian E. Markham, Assistant Attorney General, Tallahassee, for Appellee.